PD-0949-15

No ———

ZACHARIAH WILLIAMS
VS
THE STATE OF TEXAS

IN THE TEXAS COURT OF
CRIMINAL APPEALS
AT AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015

Abel Acosta, Clerk

ON APPEAL FROM 5TH Court OF APPEALS

IN Cause No F13-53277

APPELLANT'S MOTION FOR FILING A Petition for Discretionary Review

TO The HONORABLE Judges of Said COURT;

Comes NOW APPELLANT respectfully request filing a

Petition for Discretionary Review in above styled numbered

be in support of This motion Would show

## I

On June 23, 2015 APPELLANT'S Conviction Was affirmed

by The Fifth Court of Appeals in Cause No. F13-53277

Styled Zachariah Williams V STATE of TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015

Abel Acosta, Clerk

## II

THE Present deadline for filing a petition for Discretionary

Review is July 23 2015 APPELLANT Respectfully Describing

His Case With His Discovery Packet Which Has Police

Report's and Statement's.

## III

APPELLANT Has been incarcerated IN THE TEXAS Department of

Criminal Justice Since March 7, 2013, Has Very Limited

legal knowledge Must Go To Unit Library to Reaserch

and Draft.

## IV

Have Attached The Fact's and Trial error's of case

Respectfully Submitted,

Z WMS

Zachariah Williams

TDCJ#1983415

C/o Texas Department of Criminal Justice

Byrd Unit

21 F.M. 247

Hunts Ville Tx 77320

Certificate of Service

I hereby certify that a copy of the foregoing motion Has been served on the Dallas County District Attorney's Office, Appellate Division 133 N. River front Blvd Lb19, Dallas, Texas 75207, by depositing same in the United States Mail Postage Prepaid _____

Z Williams

Zachariah, Williams

Appellants Facts Copy

The Event Leading To appelants arrest"
occurred 1:15 A.M. March, 7, 2013 at GalyxE Truck Stop
at Interstate 20 and Lancaster Rd. As Appellant
Leaving Parking area for Truckers, a female approuch
Me Said her name is Chocalate". She Saw a Trucker She Knew
Ran and Jump in a Red freight Liner, They been knowing each other for a ye
-R Appellant was not awhare She was a Prostitute its his
First Time at Truck Stop, So I Continued accross
Where My Vehical was being Reparred To Get Some
over Hauls out My Car and Let My Mechanic Know
I'll Be here about Ten To Pick up My 2001 Dodge
Stratus That Morning. as I am walking back accros
-s To Trucking Area out of no where I am being Attac
-ked being Hitt in the Temple area of My Head Not
knowing What's Going on out of Self Defense being Hitt
Serual Times Push The Attacker down and fell on
Top of Him unconciously When I Hitt The Ground
I ReGain Concious affraid for my Life start Punching
until He released the bat Still Drowsy staggard
Pick up bat Lean against The Truck and Took
out Duffy bagg as walking Toward Dumpster Told
That Lady her friend hitt Me in the head with
this bat Threw Duffy bagg behind dumpster Did
not know The driver was Injurred it was Dark.

As Appellant walking down Lancaster Rd appellant seen officer and surrenderred to Police and ask for Medical Treatment because could not breath Passed out in the middle of the Street after Paramedic's Gave me somthing to Regain concious, I was taken to head quarter's on the way to head quarters I told officers I was MHR when officer where questioning me I told them the victim attack me with a bat and I had to defend myself. After being froze to death for 2 or 3 hrs at Head Quarter's being waken up not know Iam arrested and being vidioed I told the Truth the best I could you could tell that I was affected by the injury because I gave my mother's address and she has passed for four years, still know Medical Treatment get down to Lewsterret the nurse told officer Mawin ice he need to take me to Parkland he ignored her and I was Book in as you can see again my mugg shot's my wrist and hands where to swallon to finger Print, Did see Doctor at Lewsterret and psyic Head ack constanly. 145.A 145.12 I never said Anything agre ssive or took any anger on no one. The Truck driver was asleep because the Prostitute woke him up to call 911 and my coverhauls where camouflauge not khaki. check the Police Report, and Picture of evidence, stament's made to police, in Trial Truck Driver was Transported to Court by P.A. Coerce what to say.

explaining and Responding to Memorandum: Exhibit B

Ineffictive assistance of Counsel for Reason; Shows Counsel's Representation fell below an objective standard of Reasonbleness and there is reasonable Probability the results of the Proceeding Would Have been diffrent in the absence of Counsels unprofessional errors, STRickLand V Washington 466 US 668, 104 SCT 2052, 80 LEd 2d 674 (1984).

IN TRial Attorney Advise me NOT TO TESTiFY did NOT INSTRUCT Jury Pursuant of Penal Code 9.32(a)(c) (West 2011) The ALLEDGE ERROR Was NOT Properly Preserved iN Trial Court. Trial Court Erred in Not instructin the Jury on the presumption of Reasonbleness as Related to my defense claim, Trail Court Charge didnot include an instruction Pursuant to section 9.32(b) Attorney didnot Request or object To absence of Instruction on Presumption or Resonablesses

appellant Was deprive of fair and impartial Trial See ALMama V STate 686 S.W. 2d 157, 171 a STATUTORY Persumption favoring the defendant MUST be Submitted to the JURY.

During Trial a Vidoe Tape of my Confession, admitted Taking Duffy bagg and Throwing behind dumpster The cuff Links Were mine I did not say I TOOK my aggression on no one.

Just Look at This case for a minute; if The Appellant Had any Idea That He was Going to be Attacked that night I would have never walk back Through The Trucking area, There was no reason for The driver To be out of his Truck armed with a 24 inch alumin bat unless he planning on hurting some one and The Place he hit the Appellant could Have killed Him Yes I was Injured as well bleeding from my nose and Ear's fractured Wrist and broken finger, and Thrown in Jail with know Medical Treatment. I feel in my opinion if a Person can Just Jump out of His Truck and attack someone are kill Them and Get away with it. "That's not Justice" if This Trucker never would Have hitt me with The alumin bat There would be no case.

I am Presently incarcerated in Texas Department of Criminal Justice. Not able to mail a copy to District Attorney Dallas County Appellate Division, 133 N Riverfront Blvd, LB19, Dallas, Texas 75207

Zachariah, Williams
TDCJ# 1883415
Texas Department of
Criminal Justice
BYRD UNIT 21 FM 247
Hunts Ville, Tex 77320

Thank you!

7/15/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015
Abel Acosta, Clerk